Name ERNEST Godfrey Logan JR #74102
Street Address 265 S. WESTERN AVE
City and County Los Angeles
State and Zip Code CA, 90004
Telephone Number 213/598-1831

FILED

DEC - 9 2025

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

ERNEST Godfrey Logan JR
265 S. WESTERN AVE #74102
Los Angeles, CALif, 90004

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-against-

"ALBERTSON'S" STORE #4131
3901 CRENSHAW BLVD
Los Angeles, CA, 90008

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

**Complaint for a Civil Case**

Case No. 2:25-CV-3553 DJC JDP (PS)

*(to be filled in by the Clerk's Office)*

Jury Trial:   ☒ Yes   ☐ No
*(check one)*

I. The Parties to This Complaint

   A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | ERNEST Godfrey LogAn JR |
| Street Address | 265 S. WESTERN AVE #74/02 |
| City and County | Los Angeles |
| State and Zip Code | CALif, 90004 |
| Telephone Number | 213) 598-1831 |

   B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | MS. SHERMECA |
| Job or Title (if known) | CAshier " clERK |
| Street Address | 3901 CRenshAw Blvd |
| City and County | Los Angeles |
| State and Zip Code | CALif, 90004 |
| Telephone Number | 323/ 295-1919 |

Defendant No. 2

| | |
|---|---|
| Name | mR. Rickie fARley |
| Job or Title (if known) | STORE #413/# DiRECTOR "OWNER |
| Street Address | 3901 CRenshAw Blvd |
| City and County | Los Angeles, |
| State and Zip Code | CALif, 90004 |
| Telephone Number | 323/ 295-3330 |

2

Defendant No. 3

| | |
|---|---|
| Name | |
| Job or Title (if known) | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |

Defendant No. 4

| | |
|---|---|
| Name | |
| Job or Title (if known) | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |

## II. Basis for Jurisdiction

Federal Courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in Federal Court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same state as any plaintiff.

What is the basis for Federal Court jurisdiction? *(check all that apply)*

☐ Federal question          ☒ Diversity of citizenship

3

Fill out the paragraphs in this section that apply to this case.

**A.  If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

violation of the (4, 5th & 6th) Amendment, of merchandise store (thefy) embellzelment public business workers.

**B.  If the Basis for Jurisdiction Is Diversity of Citizenship**

1.  The Plaintiff(s)

    a.  If the plaintiff is an individual

        The plaintiff, (name) Ernest G. Logan, is a citizen of the State of (name) California.

    b.  If the plaintiff is a corporation

        The plaintiff, (name) N/A, is incorporated under the laws of the State of (name) _____, and has its principal place of business in the State of (name) _____.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.  The Defendant(s) Mr. Rickie Farley / Ms. Shermeca"

    a.  If the defendant is an individual

        The defendant, (name) Mr. Farley / Ms. Shermeca, is a citizen of the State of (name) California. Or is a citizen of (foreign nation) Belize workers.

4

b.  If the defendant is a corporation

The defendant, *(name)* _____, is
incorporated under the laws of the State of *(name)*
_____, and has its principal place of
business in the State of *(name)* _____. *Or is*
incorporated under the laws of *(foreign nation)*
_____, and has its principal place of
business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.  The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

(LoTTERY SCAm THEfT) DEBiT CARd CAsH
REgiSTER THEfT. RACiAL DiSCRiminATioN
of STORE.

### III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

I wAs Robbed of THis (STORE # in 2017) of LoTTERY winning Ticket (Robbed) ERnEsT GodfREy LogAn JR. EVERy Time I USE THis STORE I geT (Robbed) TodAy is (11-13-2025) THE DARk-BlAck EmployEES AlwAys THREATEn TO ATTAck And beAT me TO deATH oF Robb me of DEbiT CARd & money funds, OR THEy REfuSE TO LET me sHop AT. THE iCE STORE, clAiming I Am not full BlAck. DiSCRiminATion, pleASE cHeck, DEBiT CARd STATEmEnTs.

### IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

I ERNEST Godfrey Logan JR (Plaintiff) Request Twenty-Seven-million & nine Hundred Thousand dollars. $27,900,000.00 of This (Black-Park) Discrimination store in Baldwin Hills Grocery store (Albertsons) I Am Also A Co/owner of This food store since 2017 year Lottery Jackpot Ticket winner. Please check Background.

### V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

11/24, 2025

Ernest Godfrey Logan Jr
ERNEST GODFREY LOGAN JR
Plaintiff

11/13/25

[Albertsons receipt:]
Albertsons
Store 4?? Dir Rickie Farley
Main:(323) ??? 1919 Rx:(323) 295-3330
3901 Crenshaw Blvd
Los Angeles CA 90008

0041310040018 11131063

YOUR CASHIER TODAY    er meca

GROCERY                      Price    You Pay
2113025268  SIG SODA DR DNYGHT  2.50   1.25 B
9461        CRV SFTDK SNGL TAX  0.10   0.10 B
            Sale Saving -1.25
2550020188  FOLGERS I COFF      1.79   1.79

6